UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE HURRICANE SANDY CASES

-------------------------------------------------------X

THIS DOCUMENT APPLIES TO:

ALL RELATED CASES

-------------------------------------------------------X

**SUPPLEMENTAL NOTICE TO**
**DEFENSE COUNSEL**
**FROM DEFENDANTS' LIAISON**
**COUNSEL (NON-WYO/NFIP)**

14 MC 41

## THIS COMMUNICATION IS DIRECTED TO
## NON - POLICYHOLDER DEFENSE COUNSEL

As Defendants' Liaison Counsel, the EDNY Case Management Order No. 1 requires that I assist the Court in coordinating the efforts of all parties. I filed an initial notice as Document No. 253 on February 25, 2014 and supplemental notices as Document Nos. 318 and 507.

On September 3, 2015, Magistrate Judge Ramon E. Reyes, Jr. issued the following Order:

**ORDER. Wind liaison counsel is hereby ordered to submit a list identifying all pending "wind" cases no later than September 16, 2015. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 9/3/2015. Associated Cases: 1:14-mc-00041-CLP-GRB-RER et al. (Reyes, Ramon)**

I request your assistance in complying with this Order by taking the following steps by September 10, 2015:

1. Please reference the June 19, 2015 (Document No. 1123) list that was submitted to the Court of Open Non WYO – Wind Cases. If there are changes, please scan and e-mail a marked copy of the list to me.

2. If you are handling a non-WYO/NFIP case that was not included in the June list, please provide the information we provided the Court in Document No. 1123 to me by e-mail.

3. If you have not yet already done so, please send the e-mail addresses for those within your firm who you would like included on e-mail distributions so that I may communicate with them through a group e-mail distribution system rather than through Court filings.

For every e-mail correspondence, please include "Sandy Liaison Communication" in the subject line so your e-mail will be properly distributed within my office. If you do not include this subject line, the e-mail might not reach me.

My co-Defendants' Liaison Counsel, J. Michael Pennekamp, is directly corresponding with those counsel who are handling NFIP cases. Please do not send WYO/NFIP case information to me. Thank you for your cooperation.

Dated: New York, New York
September 8, 2015

Jared T. Greisman
Defendants' Liaison Counsel for Non-WYO/NFIP Cases
WHITE FLEISCHNER & FINO, LLP
61 Broadway
New York, New York 10006
(212) 487-9700
jgreisman@wff-law.com